UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GHAZIR GIRON LACAYO                          CIVIL ACTION

VERSUS                                       NUMBER: 08-4944

WALTER REED                                  SECTION: "A"(5)

<u>O R D E R</u>

The Court, having considered the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that plaintiff's §1983 claim is dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i).

**IT IS FURTHER ORDERED** that the Motion for Extension of Time to File Written Objections (Rec. Doc. 5) is **DENIED**.

December 17, 2008

_____
UNITED STATES DISTRICT JUDGE